Hearing Date: December 23, 2014 at 10:00 AM
Objection Deadline: December 16, 2014 at 5:00 PM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                      Chapter 7

IONA FREEMAN, aka ZELDA IONA FREEMAN

                                                            Case No. 10-11082-ALG
-----------------------------------------------------------------X

### OBJECTION OF JONATHAN COHEN, M.D. TO DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE AND REQUEST FOR ENTRY OF ORDER DENYING DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE

Jonathan Cohen, M.D., a party-in-interest, through its counsel, Sholes & Miller, LLP, submits this Objection to Debtor's Motion to Reopen Bankruptcy Case and requests entry of an Order denying Debtor's Motion to Reopen Bankruptcy Case.

### Preliminary Statement

1.    Debtor, Iona Freeman, aka Zelda Iona Freeman ("Debtor" or "Ms. Freeman"), alleges that she suffered injuries associated with medical treatment that she received in December, 2009 at Lenox Hill Hospital (the "Hospital"). Less than three months after receiving such medical treatment, Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on March 3, 2010. On December 29, 2011, Debtor commenced a medical malpractice action related to the medical treatment provided to Debtor in December, 2009 (the "Medical Malpractice Action") naming Jonathan Cohen, M.D. as a defendant. Debtor failed to disclose the existence of her accrued medical malpractice claim on her schedule of assets in her bankruptcy filing, despite that she was clearly aware of the alleged facts upon which her malpractice cause of action was predicated.

2.    Rather than burden the Court with redundant and repetitive argument, I adopt and

1

SHOLES & MILLER, LLP   ATTORNEYS AT LAW   327 MILL STREET, POUGHKEEPSIE, NY 12601

incorporate the objection of Lenox Hill Hospital (Docket entry 17) to debtor's motion to reopen. I believe said objection to be factually accurate, and incorporate its well-reasoned legal arguments as if set forth fully herein. Jonathan Cohen, M.D. is a co-defendant with Lenox Hill Hospital in the state court action, and thus similarly situated, with standing to object.

3.      Accordingly, it is respectfully requested that the motion to reopen the case be denied. In the alternative, the trustee should be precluded from recovering more than the claims of those creditors, if any, who file timely proofs of claim.

4.      I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Poughkeepsie, New York
       December 16, 2014

Yours, etc.

Sholes & Miller, LLP, by:
Jeffrey M. Judd (JJ8841)
**Attorneys for Defendant, Jonathan Cohen, M.D.**
327 Mill Street
Poughkeepsie, New York 12601
845-454-5909

TO:    Bonita E. Zelman, Esq.
       LAW OFFICES OF BONITA E. ZELMAN
       **Attorney for Plaintiff**
       2001 Marcus Avenue, Suite S150
       Lake Success, New York 11042
       516-616-0707

       AARONSON, RAPPAPORT, FEINSTEIN & DEUTSCH, LLP
       **Attorneys for Defendant, Gregory Haber, M.D.**
       600 Third Avenue
       New York, New York 10016
       212-593-6700

       GERSPACH SIKOSCOW, LLP

SHOLES & MILLER, LLP  ATTORNEYS AT LAW  327 MILL STREET, POUGHKEEPSIE, NY 12601

**Attorneys for Defendant, David H. Robbins, M.D.**
40 Fulton Street, Suite 1402
New York, New York 10038
212-422-0700

HEIDELL, PITTONI, MURPHY & BACH, LLP
**Attorneys for Defendant, Christopher J. Gostout, M.D.**
99 Park Avenue
New York, New York 10016
212-286-8585

MARTIN, CLEARWATER & BELL, LLP
**Attorneys for Defendant, Lenox Hill Hospital**
220 East 42nd Street
New York, New York 10017
212-697-3122

SHOLES & MILLER, LLP  ATTORNEYS AT LAW  327 MILL STREET, POUGHKEEPSIE, NY 12601